**FILED**

**AUG 2 1 2015**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-40068-JPG |
| v. ) | |
| ) | Title 26, United States Code, Sections |
| FREEDOM C. DAVIS, and ) | 5845, 5861(d), 5871, and 5872 |
| SAMUEL L. DUNSON, ) | |
| ) | |
| Defendants ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### POSSESSION OF DESTRUCTIVE DEVICE

On or about August 5, 2015, around 5:00 a.m., in Perry County, Illinois, within the Southern District of Illinois,

**FREEDOM C. DAVIS, and
SAMUEL L. DUNSON,**

defendants herein, did knowingly possess a firearm, that is, a destructive device, as described in Title 26, United States Code, Sections 5845(a)(8), (f), and further described as an Improvised Explosive Incendiary Device, which had not been registered to either of them in the National Firearms Registration and Transfer Record; all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18 United States Code, Section 2.

### COUNT 2

#### POSSESSION OF DESTRUCTIVE DEVICE

On or about August 5, 2015, around 5:30 a.m., in Perry County, Illinois, within the

Southern District of Illinois,

**FREEDOM C. DAVIS, and
SAMUEL L. DUNSON,**

defendants herein, did knowingly possess a firearm, that is, a destructive device, as described in Title 26, United States Code, Sections 5845(a)(8), (f), and further described as an Improvised Explosive Incendiary Device, which had not been registered to either of them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18 United States Code, Section 2.

### COUNT 3

#### POSSESSION OF SAWED-OFF SHOTGUN

On or about August 5, 2015, in Perry County, Illinois, within the Southern District of Illinois,

**SAMUEL L. DUNSON,**

defendant herein, did knowingly possess a firearm, that is, a weapon made from a Revelation model 350M shotgun, bearing serial number P714794, with a barrel length of less than 18 inches, as described in Title 26, United States Code, Section 5845(a)(2), and commonly referred to as a sawed-off shotgun, which had not been registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

#### FIREARMS FORFEITURE ALLEGATION

1. The allegations contained above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 26, United States Code, Section 5861(d), the defendant,

**SAMUEL L. DUNSON,**

shall forfeit to the United States any firearm involved or used in the knowing commission of the offense, including, but not limited to:

> a weapon made from a Revelation model 350M shotgun, bearing serial number P714794, with a barrel length of approximately 12¾ inches,

all pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).



**STEPHEN R. WIGGINTON**
United States Attorney

**George Norwood**
Assistant United States Attorney

**Recommended Bond: Detention as to Both Defendants**